IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JAMIE KIRNON,<br>    Petitioner,<br><br>    v.<br><br>MICHAEL KLOPOTOSKI, et al.,<br>    Respondents | : CIVIL ACTION<br>:<br>: No. 07-4474<br>: |

**ORDER**

And now, this 15th day of November 2010, upon careful consideration of petitioner Jamie Kirnon's motion to set aside the dismissal of his previous petition for federal habeas relief and the District Attorney's response, it is hereby **ORDERED** that: Petitioner's Rule 60(b) motion for relief from the dismissal of his first § 2254 motion is **DENIED**.

    s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge