IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMIE KIRNON | : CIVIL ACTION |
|---|---|
| vs. | : |
| JAMES T. WYNDER SUPERINTENDENT, ET AL. | : NO. 07cv4474 |

O R D E R

**AND NOW**, this 4th day of November, 2013, upon consideration of the Motion of Petitioner Jamie Kirnon for Equitable Relief pursuant to Federal Rule of Civil Procedure 60(b)(6), **IT IS HEREBY ORDERED** that the motion is **DISMISSED** and **DENIED** with prejudice.

The petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the clerk shall close this case for statistical purposes.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge